**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jamshid Banakar v. Ulrike Krause

Appellate case number:   01-21-00609-CV

Trial court case number:  2016-88890

Trial court:             308th District Court of Harris County

On March 10, 2022, appellee/cross-appellant, Ulrike Krause, filed a Motion for Supplemental Clerk's Records. In the motion, appellee/cross-appellant asks this Court to order the Harris County District Clerk to supplement the clerk's record to include those items identified in appellee/cross-appellant's Supplemental Designation of Items to be Included in the Clerk's Record, which was filed on December 20, 2021, and in the Second Supplemental Designation of Items to be Included in the Clerk's Record, which was filed on February 18, 2022. Appellee/cross-appellant states in the certificate of conference that counsel for appellant/cross-appellee agrees to the motion.

The motion is **granted**. To the extent the clerk's record does not already contain the documents at issue, we order the trial court clerk to file within **fifteen** days of the date of this order a supplemental clerk's record containing the items identified in appellee/cross-appellant's Supplemental Designation of Items to be Included in the Clerk's Record and Second Supplemental Designation of Items to be Included in the Clerk's Record.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually

Date:  March 17, 2022